AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

STEVEN D. T. DEVITT,

                              Plaintiff,

                                                                     JUDGMENT IN A CIVIL CASE

                              v.

DAVID STEVENS,

                                                    CASE NUMBER: CV-11-5083-EFS

                              Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the complaint is DISMISSED with prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

| | |
|---|---|
| September 13, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |